BROWN, APPELLANT, *v.* BRADSHAW, WARDEN, APPELLEE.

[Cite as *Brown v. Bradshaw*, 126 Ohio St.3d 265, 2010-Ohio-3758.]

*Habeas corpus — Claim of denial of right to be present and to have counsel present at critical stage of trial — Adequate remedy in ordinary course of law by way of direct appeal — Writ denied.*

(No. 2010-0649 — Submitted August 10, 2010 — Decided August 18, 2010.)

APPEAL from the Court of Appeals for Richland County, No. 10 CA 14.

_____

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Felix Brown Jr., for a writ of habeas corpus. "Like other extraordinary-writ actions, habeas corpus is not available when there is an adequate remedy in the ordinary course of law." *In re Complaint for Writ of Habeas Corpus for Goeller*, 103 Ohio St.3d 427, 2004-Ohio-5579, 816 N.E.2d 594, ¶ 6. Brown had an adequate remedy by way of direct appeal from his criminal convictions and sentence to raise his claims that he was denied his right to be physically present and to have counsel present at a critical stage in his trial, as well as to have the portion of the trial in which the trial court issued supplemental jury instructions open to the public. See *Bozsik v. Hudson*, 110 Ohio St.3d 245, 2006-Ohio-4356, 852 N.E.2d 1200, ¶ 7-9; *State v. Davis*, 116 Ohio St.3d 404, 2008-Ohio-2, 880 N.E.2d 31, ¶ 90-93.

Judgment affirmed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Felix Brown Jr., pro se.

Richard Cordray, Attorney General, and Gene D. Park, Assistant Attorney General, for appellee.

_____